# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

15-1780 - Sany Heavy Industry Co., Ltd. v. ITC

Corrected Joint Appendix (confidential and non-confidential versions)

## ORDER

The foregoing, having been received and examined is not in compliance with the rules of this court and is therefore rejected for filing at this time. The deficiencies are set forth below:

- The cover of an appendix must contain the number of volumes and list the page ranges if more than one volume is filed. Fed. Cir. R. 30(a)(6)
    - Non-confidential volume II has the wrong cover

- The page number must appear centered in the bottom margin of each page in the appendix. Fed. Cir. R. 30(c)(2)
    - In confidential volumes I and II, substantial portions of pages (those turned on their sides) do not contain a page number centered in the bottom margin as required.

A corrected appendix must be filed within 14 days from the date of this order or there could be adverse consequences. The following shall apply when making corrections:

1. The corrected appendix must have the word "CORRECTED" on the cover.
2. The corrected version must be served on all counsel.
3. The corrected version must be accompanied by a new proof of service.
4. The deficiencies cited in this order must be the only changes made to the appendix.

FOR THE COURT

April 18, 2016

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court